SEALED FILED

BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

MAY 24 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )   CR. NO. 2:12-CR-199 MCE
                                  )
            Plaintiff,            )   ORDER TO SEAL
                                  )
     v.                           )   (UNDER SEAL)
                                  )
JOE WELDON TAYLOR,                )
                                  )
            Defendant.            )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew G. Morris, to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 5-24-2012

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1