BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

JUN 06 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 2:12-cr-00199 MCE |
| Plaintiff, ) | |
| ) | ORDER UNSEALING FILES |
| v. ) | |
| ) | |
| JOE WELDON TAYLOR, ) | |
| ) | |
| Defendant. ) | |

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the files in the above-referenced case be, and hereby are, UNSEALED.

DATED: 6/6/12

_Dale A. Drozd_
HONORABLE DALE A. DROZD
United States Magistrate Judge