```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOE WELDON TAYLOR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-00199 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | CASE |
| v. | ) | |
| | ) | Date: July 19, 2012 |
| JOE WELDON TAYLOR, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's July 19, 2012 calendar, and that it be continued until October 11, 2012, at 9:00 a.m. for status conference.

This stipulation seeks a continuance of the first scheduled appearance of Mr. Taylor before the District Court.  Counsel have conferred about the pace and potential scope of additional discovery and about the possibility that this case may well justify a complexity finding in the future.

///

///

1  The date of October 11, 2012, seeks to account for those concerns, for
2  the intended provision of added discovery in the near future, for the
3  need for the defense to commence preparation by identifying the
4  information available to counsel from Mr. Taylor, and to identify need
5  for further discovery, for investigation, and for potential motions,
6  and to advise Mr. Taylor of options available concerning how to
7  proceed.
8     IT IS FURTHER STIPULATED that the interests of justice served by
9  permitting this continuance for the above stated purposes outweigh the
10 interests of the public and of Mr. Taylor in a speedy trial and that
11 time for trial under the Speedy Trial Act should be excluded between
12 the filing of this stipulation and October 11, 2012, pursuant to 18
13 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.
14    **IT IS SO STIPULATED.**

15 Dated: July 16, 2012            /s/ *Matthew Morris*
                                   MATTHEW MORRIS
16                                 Assistant United States Attorney
                                   Counsel for Plaintiff
17

18
   Dated: July 16, 2012            /s/ *Jeffrey L. Staniels*
19                                 Jeffrey L. Staniels
                                   Assistant Federal Defender
20                                 Counsel for Defendant
                                   JOE WELDON TAYLOR
21
22
23
24
25
26 ///
27 ///
28 ///

Stipulation & Order
Continuing Case                 2

**O R D E R**

The above stipulation is accepted. Upon consideration of the reasons stated in support of the requested continuance, the court finds that the interests of justice served by granting the requested continuance outweigh the interests of the public and of the defendant in a speedy trial. This case is therefore continued from July 19, 2012, until October 11, 2012, at 9:00 a.m. on this court's criminal calendar. Time for trial is excluded from the date of this order until October 11, 2012 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE