1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            2:12-CR-00199-MCE

12 |         Plaintiff,                   PRELIMINARY ORDER OF
                                          FORFEITURE
13 |    v.

14 | JOE WELDON TAYLOR,

15 |         Defendant.

16

17     Based upon the entry of a guilty plea to Count One in the Indictment, charging him with

18 Possession of Material Involving the Sexual Exploitation of Minors in violation of 18 U.S.C. §

19 2252(a)(4)(B), it is hereby ORDERED, ADJUDGED AND DECREED as follows:

20     1.     Pursuant to 18 U.S.C. § 2253, Defendant Joe Weldon Taylor's interest in the

21 following property shall be condemned and forfeited to the United States of America, to be disposed

22 of according to law:

23            a.     Apple iPod Touch; Model: MC086; S/N 9C030GM475J.

24     2.     The above-listed property was used or intended to be used to commit or to promote

25 the commission of a violation of 18 U.S.C. § 2252(a)(4)(B).

26     3.     Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to

27 seize the above-listed property.  The aforementioned property shall be seized and held by the U.S.

28 Marshals Service, in its secure custody and control.

                                    1
                                                         Preliminary Order of Forfeiture

  4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

  5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

  IT IS SO ORDERED.

DATED: January 30, 2013

                    _____
                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                    UNITED STATES DISTRICT JUDGE