1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOE WELDON TAYLOR
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,      )  No. 2:12-cr-199 MCE
                                   )
12              Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                   )  CASE
13       v.                        )
                                   )  Date:  March 28, 2013
14  JOE WELDON TAYLOR,             )  Time:  9:00 a.m.
                                   )  Judge: Hon. Morrison C. England, Jr.
15              Defendant.         )
                                   )
16  _____)

17

18       **IT IS HEREBY STIPULATED** by and between Assistant United States

19  Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal

20  Defender Jeffrey L. Staniels, counsel for Defendant that the above case

21  be vacated from this court's March 28, 2013 calendar, and that it be

22  continued until May 9, 2013, at 9:00 a.m. for status regarding judgment

23  and sentencing.  The date requested anticipates that the Presentence

24  Report cannot be received and reviewed in time for proceeding at either

25  of the court's April calendars, and also accounts for Mr. Staniels'

26  unavailability to appear at any of the court's earlier May calendar.

27       This continuance is required in order to permit both counsel to

28  receive review and respond, if appropriate, to a presentence report

1   which is in the process of being prepared.

2        IT IS FURTHER STIPULATED that the Speedy Trial Act is not

3   implicated by this post-guilty plea continuance for sentencing.

4        **IT IS SO STIPULATED.**

5

6   Dated: March 26, 2013          _/s/ *Matthew Morris*_
                                   MATTHEW MORRIS
7                                  Assistant United States Attorney
                                   Counsel for Plaintiff
8

9
    Dated: March 26, 2013          _/s/ *Jeffrey L. Staniels*_
10                                 Jeffrey L. Staniels
                                   Assistant Federal Defender
11                                 Counsel for Defendant
                                   JOE WELDON TAYLOR
12

13

14
                              **O R D E R**
15

16       The above stipulation is accepted.  This case is therefore

17  continued from March 28, 2013, until May 9, 2013, at 9:00 a.m. on this

18  court's criminal calendar.

19       **IT IS SO ORDERED.**

20  Date:  March 26, 2013

21

22  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
23  UNITED STATES DISTRICT JUDGE

24

25

26

27

28

                                   2