Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
Email: stanielslaw@dcn.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOE WELDON TAYLOR<br><br>　　　　Defendant. | NO. 2:12-cr-199 MCE<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING PROCEEDINGS**<br><br>Date:　December 12, 2013<br>Time:　9:00 a.m.<br>Judge: Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Jeffrey L. Staniels, court appointed attorney for Defendant Joe Weldon Taylor, that the sentencing proceedings currently scheduled for December 12, 2013, be vacated and continued until December 19, 2013.  Counsel believe they can complete and submit a sentencing agreement that will resolve outstanding sentencing issues and permit sentencing to proceed on that date.

No speedy trial issue is implicated by this post-guilty plea stipulation and request for continuance.

**IT IS SO STIPULATED.**

Date: December 9, 2013         s/ *Jeffrey L. Staniels*
                               Jeffrey L. Staniels
                               Counsel for Defendant
                               Joe Weldon Taylor


Date: December 9, 2013         */s/ Matthew Morris*
                               Matthew Morris
                               Assistant U.S. Attorney
                               Counsel for Plaintiff


# O R D E R

IT IS SO ORDERED.

Dated:  December 12, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT