UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Joe Weldon Taylor,<br><br>        Defendant. | No.  2:12-cr-199 MCE<br><br>**STATUS REPORT REGARDING STATUS OF COUNSEL; ORDER**<br><br>**Judge:  MCE** |

      By minute order dated March 4, 2015, (CR 58) (counsel was out of the country until March 10, 2015) the Court referred Mr. Taylor's Motion for Return of Property (CR 57) to undersigned counsel for review, and directed counsel to file a status report not later than April 3, 2015.

      Also pending before the court is Mr. Taylor's Motion to Vacate, Set Aside, Or correct Sentence pursuant to 28 U.S.C. § 2255. (CR 50).  In that motion, Mr. Taylor alleged that he was cognitively impaired at the time of his entry of a guilty plea because he had taken several drugs the night beforehand "at the urging" of undersigned counsel.

      In light of that accusation it is counsel's belief, shared by the Federal Public Defender as the result of a telephone consultation between counsel and Ms. Williams on

1

March 16, 2015, that it would be improper or at least appear to be so for counsel to undertake any further actions as Mr. Taylor's counsel, and that the Federal Defender should be asked to assign alternative CJA counsel for Mr. Taylor.

For that reason it is requested that undersigned counsel be relieved of any further obligation to represent Mr. Taylor and that the matter be referred to the Federal Defender for the appointment of counsel from the Federal Defender Staff or from the CJA panel.

Respectfully submitted,

/s/ Jeffrey L. Staniels

**Jeffrey L. Staniels**

### ORDER

In light of the circumstances set forth above, the request of Jeffrey L. Staniels to be relieved of further obligation to serve as counsel for the defendant is GRANTED. The clerk is directed to refer this matter to the Office of the Federal Defender for appointment of alternative CJA counsel for the defendant.

**IT IS SO ORDERED.**

**Dated:  March 19, 2015**

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT