IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:12-cr-00199 MCE CKD |
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| JOE WELDON TAYLOR, | ) | |
| Defendant. | ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

Re: Motion to Return Property

CJA Panel attorney Dustin D. Johnson is hereby appointed for the limited purpose of the motion to return property (ECF No. 57), effective March 23, 2015, the date the Office of the Federal Defender first contacted him.

IT IS SO ORDERED.

Dated: March 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER APPOINTING COUNSEL          1