UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>JOE WELDON TAYLOR,<br><br>    Movant. | No. 2:12-cr-00199 MCE CKD<br><br><br><u>ORDER</u> |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 50. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 29, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 65) which were served on all parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days. Neither party has filed objections to the Findings and Recommendations.[1]

The Court presumes that any findings of fact are correct. See <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo.

---

[1] Movant did, however, file another § 2255 motion after the magistrate judge issued the Findings and Recommendations. <u>See</u> ECF No. 66. Because that motion raises issues not included in the previous § 2255 motion or the Findings and Recommendation, the Court cannot construe the filing as objections to the Findings and Recommendations. <u>See, e.g.,</u> ECF No. 66 at 4 (alleging "harsh conditions" as a ground for relief because the prison he is in "is a bad place to live").

1

See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed October 29, 2015 (ECF No. 65) are ADOPTED IN FULL;

2. Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 50) is DENIED;

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:14-cv-2768 MCE CKD.

IT IS SO ORDERED.

Dated:  December 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT