UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>JOE WELDON TAYLOR,<br><br>    Movant. | No.  2:12-cr-0199 MCE CKD P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 31, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 31, 2016, (ECF No. 69) are ADOPTED in full;

2. Movant's November 13, 2015, motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. Section 2255 (ECF No. 66) is DENIED;

3. The companion civil case, No. 2:14-cv-2768 MCE CKD, remain closed;

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 27, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE