**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA**

        *Plaintiff*,

**v.**                         **Case No. 2:12-CR-00199-MCE-CKD**

**JOE WELDON TAYLOR,**

        *Defendant.*        **Defense Counsel:  Joe W. Taylor,** *pro se*

---

**ORDER GRANTING VICTIM'S MOTION TO SUBSTITUTE COUNSEL**

THIS MATTER, having come before the Court on Victim's Motion to Substitute Counsel; and the court having reviewed the following pleadings:

1.    Victim's Motion to Substitute Counsel;

2.    Declaration of Carol L. Hepburn in Support of Victim's Motion to Substitute Counsel;

3.    Declaration of Victim in Support of Victim's Motion to Substitute Counsel;

4.    Any responsive pleadings filed by Defendant;

The Court finds on the basis of specific facts that the victim has established good cause in support of his motion to substitute counsel;

ORDERED ADJUDGED AND DECREED, upon request of Victim in the J_blonde Series, that Victim's current counsel, Carol L. Hepburn, is substituted as his counsel herein.

All future payments of restitution to this victim, shall be made to "Carol L. Hepburn ITF Solomon."

The clerk shall provide a ledger to counsel showing any payments previously made to Joseph Klest on behalf of the victim in the J_blonde series of child pornography images.

IT IS SO ORDERED.

Dated:  September 10, 2024

_____

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE